UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH FAIRLEY,

    Plaintiff,

v.                                         CASE NO. 8:22-cv-1905-SDM-AEP

SEARCH WIZARDS, INC.,

    Defendant.
_____/

## ORDER

The parties in this FLSA action jointly move (Doc. 43) for approval of a settlement agreement (Doc. 43-1) under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). The settlement appears "fair and reasonable."[*] The parties' motion (Doc. 43) is **GRANTED**. The settlement agreement (Doc. 43-1) is **APPROVED**. In accord with the parties' motion, this action is **DISMISSED WITH PREJUDICE**. The clerk must close the case.

ORDERED in Tampa, Florida, on April 13, 2023.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[*] Although the settlement agreement (Doc. 43-1 at 3) releases any past or present "claims, including all wage and hour claims, that were or could have been asserted in th[is] [a]ction[,]" this limited release does not undermine the fairness of the agreement. *Moreno v. Regions Bank*, 729 F. Supp. 2d 1346, 1352–53 (M.D. Fla. 2010).